UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK OLRICH and MICHELLE OLRICH, <br><br> Plaintiff, <br><br> v. <br><br> ALBONTE B. COLLINS; GUKAS XPRESS, LLC; NAVARRO TRUCKING, LLC; PGT TRUCKING, INC. DBA PGT FREIGHT BROKERAGE; PGT SERVICES, INC.; LIEDTKA LOGISTICS, LLC DBA LIEDTKA FREIGHT BROKERAGE; UNITED STATES GYPSUM CORPORATION; JOHN & JANE DOES 1-10; and ABC CORPS. 1-20, <br><br> Defendants. | CIVIL ACTION NO.: 2:24-Cv-11528-MEF-AME <br><br><br> CIVIL ACTION <br><br> AMENDED SCHEDULING ORDER |

The Court having held a telephonic conference on January 12, 2026, during which the parties provided an update on the status of discovery; and good cause appearing to modify the deadlines set in the Amended Pretrial Scheduling Order of September 22, 2025 [D.E. 58]; therefore,

IT IS on this __4th__ day of _February_ 2026,

ORDERED that Defendant Collins shall produce a signed driver history abstract authorization form for the Pennsylvania Department of Transportation to Plaintiff; and it is further

ORDERED that Plaintiff and Defendants Liedtka, USG and the PGT Defendants shall serve responses to outstanding discovery requests by February 2, 2026; and it is further

ORDERED that all fact discovery, including depositions, shall be completed by May 29, 2026; and it is further

ORDERED that expert discovery shall proceed as follows:

- All affirmative expert reports shall be served by July 31, 2026;
- All responsive expert reports shall be served by September 30, 2026;
- Any rebuttal reports shall be served by October 30, 2026; and
- Depositions of all experts to be completed by December 31, 2026; and it is further

ORDERED that the next telephonic conference will be held on **April 13**, 2026, at **2:00 p.m.**, to be joined by dialing 973-437-5535, access code 115 871 475#. A joint status letter shall be filed on or before April 9, 2026.

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge